# INDEX OF EXHIBITS

A. Hope College Press Release (Dec. 15, 2022), *Notice of Data Security Event*

B. Office of the Maine Attorney General (Dec. 2022), *Data Breach Notifications*

C. Hope College Webpage, *About* section (as of Dec. 26, 2022)

D. Marc van Lieshout, *The Value of Personal Data*, 457 IFIP Advances in Information and Communication Technology 26 (May 10, 2015)

E. *Exploring the Economics of Personal Data: A Survey of Methodologies for Measuring Monetary Value*, OECD Digital Economic Papers No. 220 (Apr. 2, 2013)

F. *U.S. Firms to Spend Nearly $19.2 Billion on Third-Party Audience Data and Data-Use Solutions in 2018, Up 17.5% from 2017*, Interactive Advertising Bureau (Dec. 5, 2018)

G. Anita George, *Your personal data is for sale on the dark web. Here's how much it costs*, Digital Trends (Oct. 16, 2019)

H. Brian Stack, *Here's How Much Your Personal Information Is Selling for on the Dark Web*, Experian (Dec. 6, 2017)

I. *In the Dark*, VPNOverview.com, 2019

J. Janice Y. Tsai, et al., *The Effect of Online Privacy Information on Purchasing Behavior*, *An Experimental Study*, 22(2) Information Systems Research 254 (June 2011)

K. Ben Kochman, *FBI, Secret Service Warn of Targeted Ransomware*, Law360 (Nov. 18, 2019)