# Exhibit A

**NOTICE OF DATA SECURITY EVENT**

On or around September 27, 2022, Hope College discovered potential unauthorized access to its network. Upon discovery, Hope College immediately began working with its IT team, and third-party forensic and legal specialists were engaged to conduct a full forensic investigation. These third-party specialists determined that certain sensitive information kept in the normal course of business may have been subject to unauthorized access. The information believed to be at risk includes individuals' first and last names, in combination with date of birth, Social Security number, driver's license number, and Student ID number. No financial information for individuals was at risk.

Once it was discovered that certain files may have been accessed by an unauthorized party, Hope College undertook a comprehensive review process to identify what personal information, if any, was present within the potentially impacted files, and to whom that information belonged. That process was completed on November 8, 2022.

Hope has worked diligently to notify all potentially affected individuals as quickly as possible via U.S. mail to their most recent address on file. In an abundance of caution, Hope is providing potentially impacted individuals with complimentary credit monitoring services. Individuals who have questions about the incident, including those have not received a letter but believe they may be impacted, should contact the dedicated external call center at 1-833-540-0798, from 8:00 a.m. to 8:00 p.m. Eastern Time Monday through Friday, except holidays.

Potentially affected individuals can find contact information for the three major credit reporting agencies below, as well as offering advice on how to obtain free credit reports and how to place fraud alerts and security freezes on their credit files. The relevant contact information for each bureau is:

| Experian | TransUnion | Equifax |
|---|---|---|
| PO Box 9554 | P.O. Box 2000 | PO Box 105069 |
| Allen, TX 75013 | Chester, PA 19016 | Atlanta, GA 30348-5788 |
| 1-888-397-3742 | 1-888-395-6938 | 1-888-298-0045 |
| www.experian.com/help/ | www.transunion.com/credit-help | www.equifax.com/personal/credit-report-services |

While credit monitoring services monitor an individual's financial accounts for changes to the accounts' limits, billing addresses, and creation of new accounts, they do not monitor individual charges to determine if they are fraudulent, such as credit card accounts, checking and saving accounts. It would be prudent for impacted individuals to regularly review their financial accounts. If they notice any suspicious or unauthorized charges or withdrawals, they should contact their financial institution immediately.

Impacted individuals may also find information regarding identity theft, fraud alerts, security freezes and the steps they may take to protect their information by contacting the credit bureaus, the Federal Trade Commission or their state Attorney General. The Federal Trade Commission can be reached at: 600 Pennsylvania Avenue NW, Washington, DC  20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.

Instances of known or suspected identity theft should also be reported to law enforcement or the individual's state Attorney General.

Hope College takes great care in the protection of information it maintains and regrets that this incident has occurred. We are committed to protecting individuals' security and privacy and take this incident very seriously. We apologize any inconvenience this may cause you.