# Exhibit B

Office of the Maine Attorney General

Home > Consumer Information > Privacy, Identity Theft and Data Security Breaches > Data Breach Notifications

# Data Breach Notifications

## Entity Information

- Type of Organization: **Education**
- Entity Name: **Hope College**
- Street Address: **141 E 12th St**
- City: **Holland**
- State, or Country if outside the US: **MI**
- Zip Code: **49423**

## Submitted By

- Name: **Meghan Farally**
- Title: **Esquire**
- Firm name (if different than entity): **Cipriani and Werner, P.C.**
- Telephone Number: **(610) 567-0700**
- Email Address: **mfarally@c-wlaw.com**
- Relationship to entity whose information was compromised: **Counsel**

## Breach Information

- Total number of persons affected (including residents): **156713**
- Total number of Maine residents affected: **191**
- If the number of Maine residents exceeds 1,000, have the consumer reporting agencies been notified:
- Date(s) Breach Occured: **9/27/2022**
- Date Breach Discovered: **11/08/2022**
- Description of the Breach:
    - Other
    - If other, please specify: **SQL Injection**
- Information Acquired - Name or other personal identifier in combination with: **Driver's License Number or Non-Driver Identification Card Number**

## Notification and Protection Services

- Type of Notification: **Written**
- Date(s) of consumer notification: **12/15/2022**
- Copy of notice to affected Maine residents: **Adult_redeactedcopy.pdf**
- Date of any previous (within 12 months) breach notifications:
- Were identity theft protection services offered: **Yes**
- If yes, please provide the duration, the provider of the service and a brief description of the service: **12 months, CyberScout , 1B credit monitoring**

## Credits

Copyright © 2014
All rights reserved.