# Exhibit C



# About Hope

"This is my anchor of hope for this people in the future."

Rankings and Recognitions

Hope College is a four-year liberal arts college where academic excellence and vibrant Christian faith join together in a supportive and welcoming community.

Hope's campus is nestled in the heart of downtown Holland, just miles from Lake Michigan. We've been part of this community for more than 150 years, growing from the 10 students who enrolled in 1862 to more than 3,200 students on campus today.

From the beginning, Hope College has looked to the future. Here, historic architecture fits comfortably with world-class facilities: Van Vleck Hall, built in 1857, is just a block from our Pelletron particle accelerator.

Our commitment to our Christian heritage (founded in partnership with the Reformed Church in America) points us to the deepest engagement in academics and in life.

This rare combination of deep roots and rigorous preparation for the world of tomorrow equips Hope students to go into the world and make an impact in their communities. Of the Class of 2021:

- 75% were employed and 22% were in graduate school within six months
- 79% of those employed full-time are employed in their field of study
- 89% participated in experiential learning
- 97% of those who applied were accepted to their first or second choice graduate school

View additional student achievement information.

Through decades of growth and changes, we've stayed true to the things that make us who we are:

[+ Expand All]

**ACADEMIC EXCELLENCE**

Offering 91 majors, minors and pre-professional programs, Hope provides the flexibility for students to pursue their academic interests. Our student:faculty ratio of 11:1 ensures that our small class sizes encourage support and mentoring.

[Academics at Hope]

**A LIVING FAITH**

Hope is committed to educating students with respect for and awareness of the historic Christian faith. Historically affiliated with the Reformed Church in America, we are ecumenically diverse. Students of all faiths — and no faith — are welcome here.

[ Hope's Christian Aspirations ]

### DIVERSE AND ACCOMPLISHED STUDENTS

Hope enrolls 3,251 students from 36 states and territories and 29 countries. With the great opportunities and programs Hope provides, students will be well equipped to succeed in graduate and professional schools or in the workplace.

[ Graduate Survey Results ]

### A RESEARCH POWERHOUSE

Hope is ranked #23 by *US News & World Report* and is one of only 64 colleges and universities recognized for providing outstanding undergraduate research/creative project opportunities, counted among universities like Yale, Stanford, MIT, Princeton and Northwestern.

[ Research at Hope ]

### CHAMPIONSHIP ATHLETICS

A member of the Michigan Intercollegiate Athletic Association (MIAA) and National Collegiate Athletic Association (NCAA) Division III, Hope sponsors 22 varsity sports for men and women. The college is home to the 2014 NCAA Division III National Championship women's volleyball team.

[ Athletics at Hope ]

### A WELCOMING COMMUNITY

This is a place where you can be fully alive. Our picturesque, historic campus is just blocks from award-winning downtown Holland and just minutes from Lake Michigan beaches. You really have to see it for yourself!

[ Campus Life at Hope ]

Our name and seal are drawn from the Rev. Albertus C. Van Raalte, who said of the school that would become Hope: "This is my anchor of hope for this people in the future." Van Raalte co-founded Hope College with Philip Phelps Jr., who was its first president.

This symbolism follows the language of Hebrews 6:19: "We have this hope, a sure and steadfast anchor of the soul." Our motto, taken from Psalm 42:5, echoes the sentiment: *Spera in Deo* (Hope in God).

## RECOGNIZED FOR EXCELLENCE BY:

- *America's Top Colleges* (Forbes)
- *The Princeton Review*
- *Fiske Guide to Colleges*
- Carnegie Foundation for the Advancement of Teaching

- *All-American Colleges: Top Schools for Conservatives, Old-Fashioned Liberals and People of Faith*
- *Putting Students First: How Colleges Develop Students Purposefully*
- *The Insider's Guide to Colleges*

**11:1** Student:Faculty Ratio

Small class sizes mean close collaboration and positive relationships between students and faculty.

**2nd** Happiest Place to Live in America

Holland placed second in the nation for overall well-being in a 2010 report by Gallup and Healthways.

**No. 4** Research and Creative Activity

Hope is consistently near the top of awarded NSF grants among liberal arts colleges and was ranked fourth for undergraduate research and creative activity by US News & World Report.

**60+** Countries for Study Abroad

Hope students participate in more than 300 study abroad programs in over 60 countries—often for no additional tuition or fees.

> *Hope is a place where students are challenged to become better students... but, more important, better people.*
>
> *- Fiske Guide to Colleges*