UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE HOPE COLLEGE DATA
SECURITY BREACH LITIGATION,

_____/

Case No. 1:22-cv-1224

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION FOR HEARING

Pending before the Court is a joint motion by the parties requesting hearing for final approval of class action settlement (ECF No. 33). The court records reflects an order has issued granting preliminary approval of the class action settlement (ECF No. 32).  Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the requesting hearing for final approval of class action settlement (ECF No. 33) is GRANTED.

**IT IS FURTHER ORDERED** that the Final Approval Hearing is scheduled for **May 20, 2024, at 9:00 a.m., 174 Federal Building, 410 W. Michigan Avenue, Kalamazoo, Michigan**.

Dated:  January 18, 2024

 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge