UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  In Re Hope College Data Security Breach Litigation

**Case Number:**  1:22-cv-1224
**Date:**  May 20, 2024
**Time:**  9:10 a.m. – 9:27 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

   Plaintiffs:  Benjamin F. Johns, Gregory A. Mitchell, and Samantha E. Holbrook

   Defendant:  Helen L. Fitzpatrick and Craig T. Liljestrand

**PROCEEDINGS**

Nature of Hearing:  Hearing on motion to approve class settlement (ECF No. 40) and motion for attorney fees (ECF No. 37); motions approved, orders to issue


Court Reporter: Kathleen Thomas                              Case Manager: Amy Redmond