UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE HOPE COLLEGE DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) | No. 1:22-cv-1224<br><br>Honorable Paul L. Maloney<br><br>Consolidated Action |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 43), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date: May 20, 2024                              /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge